**U.S. Probation and Pretrial Services**

# MEMORANDUM

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 AUG 23 P 3 32

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

**DATE:** August 17, 2011

**TO:** The Honorable Richard D. Bennett
United States District Court Judge

**FROM:** Carol Gagen
U.S. Probation Officer

**SUBJECT:** PAPANTONAKIS, MICHAEL
Docket No.: 1:09CR00199-001
<u>International Travel Request</u>

The above-referenced releasee has been under supervised release since May 3, 2010. Mr. Papantonakis is currently being supervised by U.S. Probation Officer Mark Buckwalter in Harrisburg, Pennsylvania. He has been compliant with his supervision conditions, and has requested travel to visit his family in Voula Greece with his sister, Stella Papantonakis in December, 2011.

If Your Honor is in agreement, we will grant Mr. Papantonakis permission to move forward with his travel arrangements to Greece. Thank you.

___✓___ Agree with USPO action

_____ Disagree, other

_____
Richard D. Bennett
United States District Judge

_August 23, 2011_
Date